**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ICE TRAINING CENTER,**<br>　　　　　　Plaintiff, | **CIVIL ACTION** |
| v. | |
| **FOREST RIVER INC. AND MOTORHOMES 2 GO BY TERRYTOWN,**<br>　　　　　　Defendants. | **NO.  18-4819** |

### O R D E R

　　　　**AND NOW**, this 18th day of December, 2018, upon consideration of Defendants' Motion to Transfer Venue (ECF No. 5), and Plaintiff's Response thereto (ECF No. 7), **IT IS ORDERED** that the Motion is **GRANTED**.  **IT IS FURTHER ORDERED** that this action shall be **TRANSFERRED** in its entirety to the United States District Court for the Western District of Michigan.

　　　The Clerk of Court is directed to **TRANSFER** the matter accordingly.

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**